Howard **HILDEBRANDT** et al., Defendants-Appellants,

v.

**UNITED STATES** of America, Appellee.

No. 4834.

United States Court of Appeals First Circuit.

Nov. 17, 1954.

Howard Hildebrandt, pro se.

Jacob S. Temkin, U. S. Atty., Providence, R. I. (Henry R. DiMascolo, Asst. U. S. Atty., Providence, R. I., on the brief), for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

This is an appeal from an order of the District Court of the United States for the District of Rhode Island entered February 12, 1954, denying and dismissing appellants' "Amended Motion to Vacate, Set Aside or Correct Sentence," filed under Title 28 U.S.C. § 2255.

The order of the District Court is affirmed. See opinion of Judge Gibson, United States v. Hildebrandt, 113 F.Supp. 577, denying a substantially similar motion.

---

Augustin **VALDEZ**, Jr., Appellant,

v.

**Herbert BROWNELL**, Jr., as Attorney General of the United States,* Appellee.

No. 13860.

United States Court of Appeals Ninth Circuit.

Nov. 12, 1954.

Philip Newman, Newman & Newman, Los Angeles, Cal., for appellant.

Laughlin E. Waters, U. S. Atty., Cecil Hicks, Clyde C. Downing, Robert K. Grean, Asst. U. S. Attys., Los Angeles, Cal., for appellee.

Before MATHEWS and ORR, Circuit Judges, and WIIG, District Judge.

PER CURIAM.

On the grounds and for the reasons stated in its opinion, Valdez v. McGranery, D.C.S.D.Cal., 114 F.Supp. 173, the judgment of the District Court is affirmed.

---

\* Attorney General Brownell was substituted for Attorney General McGranery on March 3, 1953.